UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DELTA STARR BROADCASTING, L.L.C.  CIVIL ACTION

*Jointly Administered with*

LA-TERR BROADCASTING CORP.

                                              NO: 09-7127

                                              Bankruptcy No:
                                              05-12087 c/w 06-10107

                                              SECTION: R(3)

## ORDER AND REASONS

Neither party has objected to the Magistrate Judge's Report and recommendation and the Court adopts the Report as its own opinion. Accordingly, it is ordered that the motion for damages and costs for a frivolous appeal submitted by Orrill, Cordell & Beary, L.L.C. is hereby DENIED.

New Orleans, Louisiana, this <u>26th</u> day of April, 2010.

_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE